# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-00732-TUC-JGZ (JR) |
| Plaintiff, | **ORDER** |
| v. | |
| Jesus Gomez, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Jacqueline M. Rateau that recommends denying Defendant's Motion to Dismiss Indictment or, In the Alternative, to Require the Government to Elect Between Charges (Duplicity) (Doc. 16).

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

Upon review of the record, the Court will adopt Magistrate Judge Rateau's

//
//
//
//
//
//

recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59; *Thomas v. Arn*, 474 U.S. 140, 149–54 (1985).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Magistrate Judge Rateau's Report and Recommendation (Doc. 29) is accepted and adopted;
2. The Motion to Dismiss Indictment or, In the Alternative, to Require the Government to Elect Between Charges (Duplicity) (Doc. 16) is DENIED.

Dated this 7th day of August, 2023.

Jennifer G. Zipps
United States District Judge